1  Tanya E. Moore, SBN 206683
   MOORE LAW FIRM, P.C.
2  300 South First Street, Suite 342
   San Jose, California 95113
3  Telephone (408) 298-2000
   Facsimile (408) 298-6046
4  E-mail: service@moorelawfirm.com

5  Attorney for Plaintiff,
   Albert Dytch
6

7

8              UNITED STATES DISTRICT COURT

9              NORTHERN DISTRICT OF CALIFORNIA

10

11 ALBERT DYTCH,                    ) No. 4:20-cv-06030-SBA
                                    )
12         Plaintiff,                ) **STIPULATION FOR EXTENSION OF**
                                    ) **TIME FOR PLAINTIFF TO FILE**
13    vs.                           ) **MOTION FOR ATTORNEY'S FEES AND**
                                    ) **COSTS; ORDER**
14 MOUSSAKA MEDITERRANEAN           )
   KITCHEN LLC, et al.,             )
15                                  )
                                    )
16         Defendants.              )
                                    )
17 _____ )

18      **WHEREAS,** on June 15, 2022, Plaintiff, Albert Dytch ("Plaintiff"), and Defendants

19 Moussaka Mediterranean Kitchen, LLC and Croce and Marisa Bevilacqua, on behalf of the

20 2003 Bevilacqua Family Trust under instrument dated Dec. 8, 2003 (collectively "Defendants,"

21 and together with Plaintiff, "the Parties"), stipulated to dismiss this action with prejudice and

22 consented for the Court to retain jurisdiction over the action for the purpose of adjudicating

23 Plaintiff's motion to recover attorney's fees and costs ("Fees Motion") (Dkt. 57);

24      **WHEREAS,** on June 16, 2022, the Court entered its Order approving the Parties'

25 stipulation and ordered Plaintiff to file his Fees Motion within 45 days (Dkt. 58), which puts

26 the deadline at August 1, 2022;

27      **WHEREAS,** the Parties have been engaged in good faith meet and confer efforts

28 pursuant to Local Rule 54-5, in which Plaintiff has provided a detailed breakdown of the fees

and costs he is seeking to Defendants, and Defendants have agreed to review the breakdown and identify any time or cost entries that are disputed, so that the Parties can further meet and confer in an effort to resolve as many of these issues as possible prior to Plaintiff filing his Fees Motion;

**WHEREAS,** counsel had scheduled a further meet and confer telephone conference for today, July 21, 2022, to discuss the aforementioned, but counsel for Moussaka Mediterranean Kitchen, LLC has become unavailable due to a family medical emergency and has requested to postpone settlement discussions while he attends to said family issues;

**WHEREAS,** the Parties wish to extend the deadline for Plaintiff to file his Fees Motion in order to provide more time to exhaust settlement efforts before Plaintiff must prepare the motion;

**NOW, THEREFORE,** the Parties, through their counsel of record, hereby stipulate to extend the deadline for Plaintiff to file his Fees Motion until August 15, 2022.

**IT IS SO STIPULATED.**

Dated: July 21, 2022  MOORE LAW FIRM, P.C.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch

Dated: July 21, 2022  YUDIEN LAW FIRM, P.C.

*/s/ Jordan Yudien*
Jordan Yudien
Attorney for Defendant,
Moussaka Mediterranean Kitchen LLC

Dated: July 21, 2022  BURNHAM BROWN

*/s/ Charles A. Alfonzo*
Charles A. Alfonzo
Attorneys for Defendants,
Croce Bevilacqua, Trustee of the 2003 Bevilacqua Family Trust under instrument dated Dec. 8, 2003;

and Marisa Bevilacqua, Trustee of the 2003 Bevilacqua Family Trust under instrument dated Dec. 8, 2003

### ATTESTATION

Concurrence in the filing of this document has been obtained from each of the individual(s) whose electronic signature is attributed above.

*/s/ Tanya E. Moore*
Tanya E. Moore
Attorney for Plaintiff,
Albert Dytch

### ORDER

The parties having so stipulated and good cause appearing,

**IT IS HEREBY ORDERED** that the deadline for Plaintiff Albert Dytch to file his motion for attorney's fees and costs, as set forth in the Court's Order dismissing this action (Dkt. 58), is extended to August 15, 2022.

**IT IS SO ORDERED**.

Dated: 8/2/202

_____ RS
Richard Seeborg for Saundra Brown Armstrong
United States District Judge